UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., | No. C-13-80071-WHA (DMR) |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| OBX RACING SPORTS, ET AL., | |
| Defendant(s). | |

Plaintiff American Honda Motor Co., Inc. ("Plaintiff") filed two applications requesting the Hon. William H. Alsup to enter orders requiring Defendants OBX Racing Sports and Outback Products to appear for judgment debtor exams. [Docket Nos. 1, 3.] Judge Alsup referred those applications to this court, directing this court to consider whether this district is the proper venue. [Docket No. 6.]

The applications stem from a case originating in the United States District Court for the Central District of California. *American Honda Motor Co., Inc. v. OBX Racing Sports, et al.*, No. 05-cv-3286 ABC (C.D. Cal.). In that case, Judge Collins granted default judgment in favor of Plaintiff on March 7, 2006 against Defendants OBX Racing Sports and Outback Products. *See* Docket No. 4 (Order of Default Judgment, *American Honda Motor Co., Inc. v. OBX Racing Sports, et al.*, No. 05-cv-3286 ABC (C.D. Cal. March 7, 2006)). Plaintiff now requests that Defendants

OBX Racing Sports and Outback Products appear and furnish information to aid enforcement of the money judgment and to answer concerning their property and debts.

Plaintiff's attorney filed a declaration in support of the applications. Decl. of Jeffrey A. Clark [Docket No. 2]. The declaration states that on March 12, 2013, the California Secretary of State website showed that the entity address listed for Defendant Outback Products was in San Francisco. *Id.* at ¶ 4. The declaration also states that on March 12, 2013, the Better Business Bureau website showed that the entity address listed for Defendant OBX Racing Sports was in Oakland. *Id.* at ¶ 6. Plaintiff's attorney also stated that he had received finalized asset search results for Defendants OBX Racing Sports and Outback Products that identified their owners and registered agents as having San Francisco and Oakland addresses. *Id.* at ¶ 5, 7.

Pursuant to Federal Rule of Civil Procedure 45(a)(2), a subpoena for attendance at a hearing or for production must issue from the court for the district where the hearing or production is to happen. Under Federal Rule of Civil Procedure 45(b)(2), a subpoena may be served within the district of the issuing court or outside the district but within 100 miles of the place specified for the hearing. The Central District of California courthouses are all over 100 miles away from the apparent San Francisco and Oakland addresses of Defendants OBX Racing Sports and Outback Products. Thus, it appears that this court may well be the appropriate court to issue the subpoena and before which Defendants OBX Racing Sports and Outback Products may be ordered to appear.

Defendants OBX Racing Sports and Outback Products are ordered to show cause why venue in this court is improper by **May 9, 2013.**

Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: April 29, 2013

DONNA M. RYU
United States Magistrate Judge

2