United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., | No. C-13-80071-WHA (DMR) |
| Plaintiff(s), | **ORDER DIRECTING PLAINTIFF TO CONTACT COURTROOM DEPUTY REGARDING SCHEDULING JUDGMENT DEBTOR EXAMS AND SUBPOENAS TO PRODUCE DOCUMENTS** |
| v. | |
| OBX RACING SPORTS, ET AL., | |
| Defendant(s). | |

On April 29, 2013, this court issued an order ("Order to Show Cause") [Docket No. 7] requiring Defendants OBX Racing Sports and Outback Products to show cause why venue in this court was improper with respect to the two applications[1] filed by Plaintiff American Honda Motor Co., Inc. ("Plaintiff") requesting the court to enter orders requiring those Defendants to appear for judgment debtor exams. [Docket Nos. 1, 3.] The applications were originally before Judge Alsup, who referred those applications to this court and directed this court to consider whether this district

---

[1] In addition, Plaintiff also filed three subpoenas to be issued requiring the person(s) most knowledgeable for the two above Defendants, as well as for Defendant OBX Products, to produce certain documents. [Docket No. 5.]

1  is the proper venue.[2]  [Docket No. 6.]  The court ordered Defendants OBX Racing Sports and
2  Outback Products to respond to the Order to Show Cause by May 9, 2013.
3       On May 10, 2013, Defendants OBX Racing Sports, Outback Products, and OBX Products
4  responded to the Order to Show Cause, and "concede[d] that pursuant to Rule 45(a)(2) and Rule
5  45(b)(2), if a subpoena were to issue, and issue properly pursuant to Federal Rules of Civil
6  Procedure, it would by law, be issued by this District Court."  Response to Order to Show Cause
7  ("Response") [Docket No. 5] at 5.
8       Accordingly, this district is the proper venue for the judgment debtor exams and subpoenas.
9  Plaintiff is directed to contact the courtroom deputy Ivy Garcia at (510) 637-3639 to schedule a date
10 and time for the judgment debtor exams and subpoenas to produce documents.
11      IT IS SO ORDERED.

13 Dated:  May 28, 2013

15                                       DONNA M. RYU
                                      United States Magistrate Judge

---

[2] As this court noted in its Order to Show Cause, the applications stem from Judge Collins' grant of default judgment in favor of Plaintiff against Defendants OBX Racing Sports, Outback Products, and OBX Products in a case in the Central District of California.  *See* Docket No. 4 (Order of Default Judgment, *American Honda Motor Co., Inc. v. OBX Racing Sports, et al.*, No. 05-cv-3286 ABC (C.D. Cal. March 7, 2006)).