1  PHILLIPS, RYTHER & WINCHESTER
   Gregory D. Phillips, USB 4645
2  Cody W. Zumwalt, USB 7197
   124 South 600 East
3  Salt Lake City, UT  84102
   Phone: 801-935-4935
4  Fax: 801-935-4936

5  CLARK & ASSOCIATES, P.C.
   JEFFREY A. CLARK, CSB 70546
6  CANDACE B. LEE, CSB 266540
   2999 Overland Avenue, Suite 127
7  Los Angeles, California 90064-4243
   jclark@clark-law.net
8  clee@clark-law.net
   Tel: (310) 815-9440
9  Fax: (310) 815-0518

10 Attorneys for Plaintiff,
   American Honda Motor Co., Inc.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., a California corporation, | Northern District Case No. C-13-80071-WHA (DMR) |
| Plaintiff, | Central District Case No. 2:05-CV-3286 ABC (Rzx) |
| vs. | |
| OBX RACING SPORTS, an entity of unknown origin; OBX PRODUCTS, an entity of unknown origin; OUTBACK PRODUCTS, INC., a California corporation; CHEAP HONDA PARTS, an entity of unknown origin; TUNING DEPOT, LLC, a California limited liability company; MOTORSPORT WAREHOUSE, an entity of unknown origin; SPARKTEC-MOTORSPORTS.COM, an entity of unknown origin; and M5 INTERNATIONAL, INC., a California corporation, | **ORDER APPROVING JOINT STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATION HEARINGS OF THE PERSON(S) MOST KNOWLEDGEABLE FOR OBX RACING SPORTS AND THE PERSON(S) MOST KNOWLEDGEABLE FOR OUTBACK PRODUCTS, INC.**<br><br>Original Hearing Date:<br>Date: November 6, 2013<br>Time: 9:30 am<br><br>Continued Hearing Date:<br>Date: January 8, 2014<br>Time: 9:00 am |
| Defendants. | |

The Court, having considered American Honda Motor Co. Inc and judgment debtors OBX Racing Sports and Outback Product, Inc's Joint Stipulation to Continue the Judgment Debtor Examination

1

**ORDER APPROVING JOINT STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATION HEARINGS OF THE PERSON(S) MOST KNOWLEDGEABLE FOR OBX RACING SPORTS AND THE PERSON(S) MOST KNOWLEDGEABLE FOR OUTBACK PRODUCTS, INC.**

Hearings of the Person(s) Most Knowledgeable for OBX Racing Sports and the Person(s) Most Knowledgeable for Outback Products Inc., ("the Joint Stipulation") hereby approves the Joint Stipulation and **ORDERS** the Request  ☒ **GRANTED**  ☐ **DENIED.**

The Person(s) Most Knowledgeable for OBX Racing Sports and the Person(s) Most Knowledgeable for Outback Products, Inc., **YOU ARE ORDERED TO APPEAR** personally before the Honorable Magistrate Judge Donna M. Ryu, to:

- ☒ furnish information to aid in enforcement of a money judgment against you.
- ☒ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
- ☒ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

**Date of appearance:** January 8, 2014 **Courtroom:** TBD **Time:** 9:00 a.m.

**Location of Appearance:**
☐ United States Courthouse, 514 H. Street, Eureka, CA
☐ Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA
☐ Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, CA
☐ Phillip Burton Federal Building & US Courthouse, 450 Golden Gate Avenue, San Francisco, CA

Date: October 28, 2013

U.S. District Judge/U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
[Seal: United States District Court, Northern District of California]

---

ORDER APPROVING JOINT STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATION HEARINGS OF THE PERSON(S) MOST KNOWLEDGEABLE FOR OBX RACING SPORTS AND THE PERSON(S) MOST KNOWLEDGEABLE FOR OUTBACK PRODUCTS, INC.