PHILLIPS, RYTHER & WINCHESTER
Gregory D. Phillips, USB 4645
Cody W. Zumwalt, USB 7197
124 South 600 East
Salt Lake City, UT 84102
Phone: 801-935-4935
Fax: 801-935-4936

CLARK & ASSOCIATES, P.C.
JEFFREY A. CLARK, CSB 70546
CANDACE B. LEE, CSB 266540
2999 Overland Avenue, Suite 127
Los Angeles, California 90064-4243
jclark@clark-law.net
clee@clark-law.net
Tel: (310) 815-9440
Fax: (310) 815-0518

Attorneys for Plaintiff,
American Honda Motor Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OBX RACING SPORTS, an entity of unknown origin; OBX PRODUCTS, an entity of unknown origin; OUTBACK PRODUCTS, INC., a California corporation; CHEAP HONDA PARTS, an entity of unknown origin; TUNING DEPOT, LLC, a California limited liability company; MOTORSPORT WAREHOUSE, an entity of unknown origin; SPARKTEC-MOTORSPORTS.COM, an entity of unknown origin; and M5 INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | Northern District Case No. C-13-80071-WHA (DMR)<br><br>Central District Case No. 2:05-CV-3286 ABC (Rzx)<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATION HEARINGS OF THE PERSON(S) MOST KNOWLEDGEABLE FOR OBX RACING SPORTS AND THE PERSON(S) MOST KNOWLEDGEABLE FOR OUTBACK PRODUCTS, INC.**<br><br><u>Original Hearing Date</u>:<br>Date: November 6, 2013<br>Time: 9:30 am<br><br><u>Continued Hearing Date</u>:<br>Date: January 8, 2014<br>Time: 9:00 am |

The Court, having considered American Honda Motor Co. Inc and judgment debtors OBX Racing Sports and Outback Product, Inc's Joint Stipulation to Continue the Judgment Debtor Examination

1

ORDER APPROVING JOINT STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATION
HEARINGS OF THE PERSON(S) MOST KNOWLEDGEABLE FOR OBX RACING SPORTS AND THE
PERSON(S) MOST KNOWLEDGEABLE FOR OUTBACK PRODUCTS, INC.

Hearings of the Person(s) Most Knowledgeable for OBX Racing Sports and the Person(s) Most Knowledgeable for Outback Products Inc., ("the Joint Stipulation") hereby approves the Joint Stipulation and **ORDERS** the Request ☒ **GRANTED** ☐ **DENIED.**

The Person(s) Most Knowledgeable for OBX Racing Sports and the Person(s) Most Knowledgeable for Outback Products, Inc., **YOU ARE ORDERED TO APPEAR** personally before the Honorable Magistrate Judge Donna M. Ryu, to:

- ☒ furnish information to aid in enforcement of a money judgment against you.
- ☒ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
- ☒ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

**Date of appearance**: January 8, 2014 **Courtroom:** TBD **Time: 9:00 a.m.**

**Location of Appearance:**
☐ United States Courthouse, 514 H. Street, Eureka, CA
☐ Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA
☐ Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, CA
☐ Phillip Burton Federal Building & US Courthouse, 450 Golden Gate Avenue, San Francisco, CA

Date: October 28, 2013

U.S. District Judge/U.S. Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu

2

ORDER APPROVING JOINT STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATION HEARINGS OF THE PERSON(S) MOST KNOWLEDGEABLE FOR OBX RACING SPORTS AND THE PERSON(S) MOST KNOWLEDGEABLE FOR OUTBACK PRODUCTS, INC.