PHILLIPS, RYTHER & WINCHESTER
Gregory D. Phillips, USB 4645
Cody W. Zumwalt, USB 7197
124 South 600 East
Salt Lake City, UT  84102
Phone: 801-935-4935
Fax: 801-935-4936

CLARK & ASSOCIATES, P.C.
JEFFREY A. CLARK, CSB 70546
CANDACE B. LEE, CSB 266540
2999 Overland Avenue, Suite 127
Los Angeles, California 90064-4243
jclark@clark-law.net
clee@clark-law.net
Tel: (310) 815-9440
Fax: (310) 815-0518

Attorneys for Plaintiff,
American Honda Motor Co., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OBX RACING SPORTS, an entity of unknown origin; OBX PRODUCTS, an entity of unknown origin; OUTBACK PRODUCTS, INC., a California corporation; CHEAP HONDA PARTS, an entity of unknown origin; TUNING DEPOT, LLC, a California limited liability company; MOTORSPORT WAREHOUSE, an entity of unknown origin; SPARKTEC-MOTORSPORTS.COM, an entity of unknown origin; and M5 INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | Northern District Case No. C-13-80071-WHA (DMR)<br><br>Central District Case No. 2:05-CV-3286 ABC (Rzx)<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE THE JUDGMENT DEBTOR EXAMINATION HEARINGS OF THE PERSON(S) MOST KNOWLEDGEABLE FOR OBX RACING SPORTS AND THE PERSON(S) MOST KNOWLEDGEABLE FOR OUTBACK PRODUCTS, INC.**<br><br><u>Original Hearing Date</u>:<br>Date: January 8, 2014<br>Time: 9:00 am<br><br><u>Continued Hearing Date</u>:<br>Date: January 22, 2014<br>Time: 9:00 am |

The Court, having considered American Honda Motor Co. Inc and judgment debtors OBX Racing Sports and Outback Product, Inc's Joint Stipulation to Continue the Judgment Debtor Examination

1

Hearings of the Person(s) Most Knowledgeable for OBX Racing Sports and the Person(s) Most Knowledgeable for Outback Products Inc., ("the Joint Stipulation") hereby approves the Joint Stipulation and **ORDERS** the Request   ☒ **GRANTED**   ☐ **DENIED.**

The Person(s) Most Knowledgeable for OBX Racing Sports and the Person(s) Most Knowledgeable for Outback Products, Inc., **YOU ARE ORDERED TO APPEAR** personally before the Honorable Magistrate Judge Donna M. Ryu, to:

- ☒ furnish information to aid in enforcement of a money judgment against you.
- ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
- ☒ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

**Date of appearance:** January 22, 2014  **Courtroom:** TBD  **Time:** 9:00 a.m.

**Location of Appearance:**
- ☐ United States Courthouse, 514 H. Street, Eureka, CA
- ☐ Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA
- ☐ Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, CA
- ☐ Phillip Burton Federal Building & US Courthouse, 450 Golden Gate Avenue, San Francisco, CA

Date: December 27, 2013

U.S. District Judge/U.S. Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu