CLARK & ASSOCIATES, P.C.
Jeffrey A. Clark, SBN 70546
Sara B. Spaeth, SBN 283051
2999 Overland Avenue, Suite 127
Los Angeles, California 90064
jclark@clark-law.net
sspaeth@clark-law.net
Tel: (310) 815-9440
Fax: (310) 815-0518

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC.,<br><br>Plaintiff(s)<br>v.<br><br>OBX RACING SPORTS, an entity of unknown origin; OBX PRODUCTS, an entity of unknown origin; OUTBACK PRODUCTS, INC., a California corporation; CHEAP HONDA PARTS, an entity of unknown origin; TUNING DEPOT, LLC, a California limited liability company; MOTORSPORT WAREHOUSE, an entity of unknown origin; SPARKTEC-MOTORSPORTS.COM, an entity of unknown origin; and M5 INTERNATIONAL, INC., a California corporation,<br><br>Defendant(s) | CASE NUMBER<br><br>Northern District Court Number:<br>Case No.: C-13-80071-WHA (DMR)<br><br>Southern District Court Number<br>Case No. 2:05-CV-3286 ABC (RZx)<br><br>AMENDED<br>ORDER TO APPEAR FOR EXAMINATION RE:<br><br>☒ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>☒ Judgment Debtor   ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application   ☒ **GRANTED**   ☐ **DENIED.**

**TO**: Person(s) Most Knowledgeable for Outback Products, Inc.
(Name of person to Appear)

**YOU ARE ORDERED TO APPEAR** personally before the Honorable Magistrate Judge Donna M. Ryu, to:

☒  furnish information to aid in enforcement of a money judgment against you.
☐  answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐  answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

| | |
|---|---|
| Date of appearance: April 22 2014 | Courtroom: TBD   Time: 9:00 (a.m.)/p.m. |
| Location of Appearance: | ☐ United States Courthouse, 514 H. Street, Eureka, CA |
| | ☐ Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA |
| | ☒ Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, CA |
| | ☐ Phillip Burton Federal Building & US Courthouse, 450 Golden Gate Avenue, San Francisco, CA |

This Order may be served by a Marshal, sheriff, registered process server, **or** the following, specially appointed person: _____
*(Name of appointed process server)*

Date: 3/13/15 _____

DONNA M. RYU  */s/ Donna M. Ryu*
U.S. District Judge/U.S. Magistrate Judge

---

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

---

### APPEARANCE OF A THIRD PERSON
### (ENFORCEMENT OF JUDGMENT)

(1) NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2) NOTICE TO JUDGMENT DEBTOR: The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows: *(Clearly describe the property or debt. Print or type the description. Use an additional sheet of paper, if necessary.)*

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.

You MUST appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.